**MEMO ENDORSED**



# Ronai & Ronai, LLP
### Attorneys at Law

The Ronai Building
34 Adee Street, Port Chester, New York 10573
Telephone (914) 824-4777

Manhattan Office:
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
Telephone (212) 268-4777

January 19, 2024

**VIA ECF**
Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:   Orellana v. Lopez, et al.
      Case No.: 23-cv-05315-NSR-AEK

Your Honor:

We represent Plaintiff Claudio Orellana in the above referenced action.

On January 9, 2024, the parties jointly requested a sixty (60) extension of time to the deadlines previously set forth in the Court's Order dated November 27, 2023, due to the fact that medical record subpoenas were recently processed by defendants. [DE 37]

Later that same day, Magistrate Judge Andrew E. Krause granted said extension and directed the parties to write to Your Honor to respectfully request an adjournment of the post-discovery conference, which is presently scheduled to be held on March 20, 2024. [DE 38]

As the deadline for all discovery has been extended to June 18, 2024, the parties respectfully request the that the post-discovery conference presently scheduled to be held on March 20, 2024, be adjourned to a date after the deadline for all discovery.

Thank you for considering our request.

Respectfully,

Holly Ostrov Ronai

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __02/13/2024__

Cc: all parties via ECF

---

**In light of the discovery deadline extension, the parties' joint request to adjourn the Status Teleconf. from Mar. 20, 2024 until July 19, 2024 at 10:00 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 15 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 39.**

Dated: White Plains, NY
February 13, 2024

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE