UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CLAUDIO ORELLANA,

Plaintiff,

-against-

JOSE A. LOPEZ, JR., *et al.,*

Defendants.
-------------------------------------------------------------X

**ORDER**

23 Civ. 5315 (NSR) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court held a conference on November 13, 2026 at which it issued a ruling from the bench on Plaintiff's motion for substitution of his treating physician expert. *See* ECF Nos. 127, 129, 130, 134-136. For the reasons stated on the record, the motion is **GRANTED**, and Plaintiff may substitute Dr. Christopher Lee for Dr. Luke Kane as his treating physician expert.

In granting the motion, the Court also granted Defendants permission to take Dr. Lee's deposition (in his capacity as an expert) and Dr. Kane's deposition (in his capacity as a fact witness) by no later than **January 14, 2027**. The Court also held that if Defendants do decide to depose Dr. Lee, they are entitled to reasonable expenses incurred to prepare for and take the deposition. If Defendants decide to take Dr. Lee's deposition, then they may file an application for their reasonable expenses associated with taking the deposition, to the extent the parties are not able to resolve that issue on their own, by no later than **January 28, 2027**.

The Court set the following schedule for the parties' pre-motion conference letters addressed to Judge Román: letters in support of any dispositive motions are to be filed by **January 28, 2027**; and opposing letters are to be filed by **February 4, 2027**.

The parties must file a joint status report regarding the status of scheduling any depositions by **December 15, 2026**.

The Clerk of Court is respectfully directed to mark the motion filed at ECF No. 127 as GRANTED.

Dated: November 13, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge